■ EDITH ELSHAHAWI et al., Respondents, v CITY OF OSWEGO, Appellant.—Order unanimously affirmed with costs for the reasons stated at Special Term, Donovan, J. (Appeal from order of Supreme Court, Oswego County, Donovan, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ NEIL PRITCHARD, Appellant, v LEO SPENCER, Respondent.—Judgment unanimously affirmed without costs for reasons stated at Special Term, Parker, J. (Appeal from judgment of Supreme Court, Oneida County, Parker, J.—specific performance.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.